**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: T-MOBILE CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Related to:<br><br>ALL ACTIONS | MDL No. 3019<br><br>Master Case No.: 4:21-MD-03019-BCW |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that Lindsay T. Perkins of the law firm Stueve Siegel Hanson LLP hereby enters her appearance as counsel of record for Plaintiffs Veera Daruwalla, Michael March, and Lavicieia Sturdivant, in the action styled *Daruwalla, et al. v. T-Mobile USA, Inc.*, Western District of Washington, Case No.: 2:21-cv-01118, transferred to the Eastern District of Missouri, Case No.: 4:21-cv-00854-BCW, Plaintiffs Linda Song, Rachel Furley, Andrew Luna, Mario Gordon and Melani Gordon, in the action styled *Song, et al. v. T-Mobile, USA, Inc.*, Western District of Washington, Case No.: 2:21-cv-01460, transferred to the Eastern District of Missouri, Case No. 4:21-cv-00908-BCW, and Plaintiff Vagish Shanmukh, in the action styled *Shanmukh v. T-Mobile, USA, Inc.*, Northern District of California, Case No. 5:21-cv-07581, transferred to the Eastern District of Missouri, Case No. 4:21-cv-00876-BCW, which have been consolidated in MDL No.: 3019, Master Case No.: 4:21-md-3019-BCW.

Dated: February 1, 2022                    Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

/s/ *Lindsay T. Perkins*
Norman E. Siegel – MO #44378
Barrett J. Vahle – MO #56674
J. Austin Moore – MO #64040
Lindsay T. Perkins – MO #60004
Jillian R. Dent – MO #68716
Brandi S. Spates – MO #72144
460 Nichols Rd. Suite 200
Kansas City, MO 64112
Tel: 816-714-7100
siegel@stuevesiegel.com
vahle@stuevesiegel.com
moore@stuevesiegel.com
perkins@stueveisegel.com
dent@stuevesiegel.com
spates@stuevesiegel.com

Attorneys for Lavicieia Sturdivant, Michael March, Veera Daruwalla, Linda Song, Rachel Gurley, Andrew Luna, Mario Gordon, Melanie Gordon, and Vagish Shanmukh