IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IN RE: T-MOBILE CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 3019 |
| | Master Case No. 4:21-MD-03019-BCW |
| This Document Relates to: ALL ACTIONS | MOTION FOR WITHDRAWAL OF COUNSEL |

TO: The Clerk of the Court and to All Parties and Counsel of Record:

PLEASE TAKE NOTICE THAT Elizabeth T. Castillo, counsel for Plaintiffs Crystal Lam, Nina Phan, and Dinah Augustin, moves the Court to allow Kaiyi A. Xie and Reid W. Gaa to be withdrawn as counsel of record in this action. Messrs. Xie and Gaa are no longer attorneys at Cotchett, Pitre & McCarthy, LLP, and should be removed from the Court's service list with respect to this action. The law firm of Cotchett, Pitre & McCarthy, LLP continues to represent Plaintiffs Crystal Lam, Nina Phan, and Dinah Augustin, and should continue to be reflected as Plaintiffs' Counsel. All future correspondence and papers in this action should continue to be directed to Karin B. Swope, Adam J. Zapala and Elizabeth T. Castillo.

Dated: April 19, 2022                COTCHETT PITRE & McCARTHY, LLP

                                      By: /s/ Elizabeth T. Castillo
                                      Elizabeth T. Castillo
                                      840 Malcolm Road, Suite 200
                                      Burlingame, CA 94010
                                      Tel: (650) 697-6000
                                      Fax: (650) 697-0577
                                      ecastillo@cpmlegal.com

                                      *Attorneys for Plaintiffs Crystal Lam, Nina Phan, and Dinah Augustin*