UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| In re: T-Mobile Customer Data Security Breach Litigation<br><br>This Document Relates to: All Actions | Civil Action No. 4:21-md-3019-BCW<br><br>MDL No. 3019 |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER AND ELECTRONICALLY-STORED INFORMATION PROTOCOL**

Pursuant to the Court's Order (Doc. 131) and Federal Rule of Civil Procedure 26(c), the Parties jointly move for entry of the stipulated, proposed Protective Order and Electronically-Stored Information Protocol, attached as Exhibits A and B, respectively. The Parties respectfully request the Court enter the stipulated, proposed Protective Order and ESI Protocol.

Date: June 1, 2022

By: */s/ Norman E. Siegel*
Norman Eli Siegel (MO #44378)
STUEVE SIEGEL HANSON LLP
460 Nichols Rd., Ste. 200
Kansas City, MO 64112
siegel@stuevesiegel.com

James Pizzirusso
HAUSFELD LLP
888 16th St. NW, Ste. 300
Washington, DC 20006
jpizzirusso@hausfeld.com

Cari Laufenberg
KELLER ROHRBACK L.L.P.
1201 3rd Ave., Ste. 3200
Seattle, WA 98101
claufenberg@kellerrohrback.com

*Co-Lead Interim Class Counsel*

By: */s/ Kristine McAlister Brown*
Kristine McAlister Brown
Donald M. Houser
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
kristy.brown@alston.com
donald.houser@alston.com

By: */s/ Michael W. Seitz*
Michael W. Seitz (MO #69337)
Madison A. Perry (MO #68065)
SPENCER FANE LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
mseitz@spencerfane.com
mperry@spencerfane.com

*Attorneys for Defendants T-Mobile USA, Inc. and T-Mobile US, Inc.*