# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: T-MOBILE CUSTOMER DATA SECURITY BREACH LITIGATION | ) ) ) ) ) ) | MDL No. 3019<br><br>Master Case No. 4:21-md-03019-BCW |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL AND TO DIRECT NOTICE OF PROPOSED SETTLEMENT TO THE CLASS

Pursuant to Rule 23(e), and as supported in the Suggestions in Support and accompanying exhibits including the Settlement Agreement filed herewith, Plaintiffs move for entry of an order directing notice of the proposed class action settlement of this Action and scheduling a hearing to consider final approval of the Settlement. Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. do not oppose this Motion. For the reasons set forth in their Suggestions in Support, Plaintiffs respectfully request that the Court enter the Parties' jointly proposed Preliminary Approval Order submitted contemporaneously herewith and as Exhibit 3 to the Settlement Agreement. For ease of reference, the capitalized terms in this Motion and the accompanying Suggestions have the meaning set forth in the Settlement Agreement.

Date: July 22, 2022

                                                                            Respectfully submitted,

                                                                            */s/ Norman E. Siegel*
                                                                            Norman E. Siegel, MO #44378
                                                                            STUEVE SIEGEL HANSON LLP
                                                                            460 Nichols Rd., Ste. 200
                                                                            Kansas City, MO 64112
                                                                            siegel@stuevesiegel.com

Cari Campen Laufenberg (*pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
claufenberg@kellerrohrback.com

James J. Pizzirusso (*pro hac vice*)
HAUSFELD LLP
888 16th St. NW, Ste. 300
Washington, DC 20006
jpizzirusso@hausfeld.com

*Co-Lead Interim Class Counsel*