# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: T-MOBILE CUSTOMER DATA SECURITY BREACH LITIGATION, | ) ) ) ) ) | MDL No. 3019<br><br>Master Case No. 4:21-MD-03019-BCW |
| ALL ACTIONS | ) | |

## ORDER CONTINUING FINAL APPROVAL HEARING

On July 26, 2022, the Court entered an Order preliminarily approving the parties' proposed settlement of the above-captioned case. (Doc. #162). As part of the Preliminary Approval Order, the Court scheduled a Final Approval Hearing at the United States Courthouse for the Western District of Missouri on January 13, 2023. (Doc # 162). The Court amends paragraph 14 of the Preliminary Approval Order to continue and reschedule the Final Approval Hearing as follows.

IT IS HEREBY ORDERED this matter is scheduled for **Final Approval Hearing on January 20, 2023 at 10:00 a.m.** at the United States Courthouse for the Western District of Missouri in Kansas City, Missouri. The previously scheduled January 13, 2023 hearing date is thus vacated. All other deadlines and requirements set forth in the Preliminary Approval Order remain in effect, unaltered, and incorporated herein.

IT IS SO ORDERED.


DATE: <u>August 5, 2022</u>  /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT