

# Exclusion Form

T-Mobile Data Breach Settlement

**Ver este sitio web en español (https://test.t-mobilesettlement.com/DynamicForms2/1552/Form/be1a8745-4741-4c4b-aa6d-f056088195c1)**

*Please Note: The email address provided will be used to finalize your Exclusion Request. Your Opt-Out will not be complete until you receive the confirmation email and follow the link to complete your request.*

This website is authorized by the Court, supervised by Counsel and controlled by Kroll Settlement Administration, the Settlement Administrator approved by the Court. *This is the only authorized website for this case.*

**Call**
1-833-512-2314
**Email**
info@t-mobilesettlement.com (mailto: info@t-mobilesettlement.com)
**Mail**
T-Mobile Data Breach Settlement
c/o Kroll Settlement Administration LLC
P.O. Box 225391 New York, NY 10150-5391

## Important Dates

### Exclusion Deadline
Thursday, December 8, 2022

You must complete and mail your Request for Exclusion so that it is postmarked no later than December 8, 2022.

### Objection Deadline
Thursday, December 8, 2022

You must mail your objection(s) and/or notice of intent to appear at the Final Approval Hearing so that it/they are postmarked no later than December 8, 2022.

### Claim Form Deadline
Monday, January 23, 2023

You must submit your Claim Form online no later than Monday, January 23, 2023, or mail your completed paper Claim Form so that it is postmarked no later than January 23, 2023.

### Final Approval Hearing Date
Friday, January 20, 2023

The Final Approval Hearing is scheduled for January 20, 2023 at 10:00 am. Please check this Website for updates.

Copyright © 2022 Kroll Settlement Administration LLC - All Rights Reserved. This site is designed and developed by Kroll Settlement Administration LLC - Privacy Policy (https://www.kroll.com/en/settlement-administration/)

Jason Ernest Kapinos
96 Hawks Circle
Westfield, Massachusetts 01085-1576
413-642-3587 (Comcast Landline)
413-562-7351 (Verizon Landline)

Clerk of the Court
United States District Court Western District of Missouri
400 E. 9th Street
Kansas City, Missouri 64106

Sir or Madam:

This document cost me at least $82.00 to type up at Staples in Westfield, Massachusetts at a pay computer. There might be grammatical errors and other errors. I have done the best within my limited time limit and budget on a pay computer at Staples in Westfield, Massachusetts while Staples is represented by WilmerHale ( https://www.wilmerhale.com/en/insights/news/2017-07-11-staples-inc-enters-into-definitive-agreement-to-be-acquired-by-sycamore-partners-for-10-25-per-share-in-cash-or-approximately-6-9-billion ) where Robert Mueller works ( https://www.wilmerhale.com/en/people/robert-mueller ) . Here is what is required for me, Jason Kapinos, to object to the Class Action per this website ( https://www.t-mobilesettlement.com/home/faqs2/ )

> (#1) The case name and number of this action (In re: T-Mobile Customer Data Security Breach Litigation, Case No. MDL No. 4:21-md-03019 (BCW));
> (#2) Your full name and current address and telephone number, and if you are represented by counsel, those of your counsel;
> (#3) A statement whether the objection applies only to you, to a specific subset of the class, or to the entire class;
> (#4) A statement of the number of times in which you (and, where applicable, your counsel) has objected to a class action settlement within the previous three years, along with the caption of each case in which you have made such objection;
> (#5) A statement of the specific grounds for the objection; and
> (#6) A statement of whether you intend to appear at the Final Approval Hearing, and if so, whether personally or through counsel.

(#1) The case name and number of this action is In re: T-Mobile Customer Data Security Breach Litigation, Case No. MDL No. 4:21-md-03019 (BCW)); (#2) My, Jason Kapinos', full name is Jason Ernest Kapinos, and my, Jason Kapinos', current address is 96 Hawks Circle in the City of Westfield, Massachusetts 01085-1576 and my current phone numbers are 413-642-3587 and 413-562-7351. (#3) This objection applies to me, Jason Kapinos, and, if possible, as well as to a specific subset of the class and, again, if possible, to the entire class. (#4) I, Jason Kapinos, have objected to the Capital One Bank North America class action as can be found here ( https://www.capitalonesettlement.com/en/Home/FAQ ) as well as the *Joyner* versus *Behavioral Health Network* before the Hampden County Superior Court in the County of Hampden in the Commonwealth of Massachusetts class action before the Hampden County Superior Court. Refer to: 2079CV00629 Joyner, Bonita vs. Behavioral Health Network Inc. As to the Capital One Bank North America matter, refer to: In re: Capital One Inc. Customer Data Security Breach Litigation, MDL No. 1:19md2915. Also, refer to this case before the Westfield District Court: 2044CV000019 Capital One Bank (USA), N.A. v. Kapinos, Jason E

(#5). Here are the specific grounds under which I, Jason Kapinos, object whether as to only me, Jason Kapinos, in particular, a subset, or the entire class, that is to say, whatever is appropriate:

I, Jason Kapinos, can only appear by Zoom. Verizon as represented by The Royal Law Firm who represent Google, L-3 Communications, Verizon, Westfield Fire and Paramedics, and the Beth Israel Deaconess Medical Center wiretaps my phone lines as indicated by L43562 at 175 Prospect Street Extension and 735RM1 at New Corner Variety Store which forms L43562-735RM1 with the "L" as a "Left Marker" and the "RM" as a "Right Marker", that is to say, L43562-735RM1 for 413-562-7351. Refer to: https://bja.ojp.gov/program/it/privacy-civil-liberties/authorities/statutes/1284 Judy Clarke ( http://cjtrlaw.com/judy-clarke/ ) is guilty of legal malpractice ( https://www.justia.com/injury/legal-malpractice/ ) and should have brought this material to the attention of the Federal District Court in Boston, Massachusetts ( https://www.uscourts.gov/federal-court-finder/location/511 ) ; the First Circuit Court of Appeals ( https://www.ca1.uscourts.gov/opinions-oral-arguments ) ; or the United States Supreme Court ( https://www.supremecourt.gov/about/biographies.aspx ) . Judy Clarke and her criminal co-conspirators are Soviet-era show trial and show-hearing lawyers who through cases to protect a criminal street gangs ( https://www.justice.gov/archives/jm/criminal-resource-manual-1457-criminal-street-gangs-statute-18-usc-521 ) of about 264 or so crisis actors ( https://www.justice.gov/opa/pr/national-health-care-fraud-and-opioid-takedown-results-charges-against-345-defendants ) at the Boston Marathon of the 15th of April 2013 that ran online scam ( https://www.fbi.gov/how-we-can-help-you/safety-resources/scams-and-safety ) , charity fraud ( https://www.fbi.gov/how-we-can-help-you/safety-resources/scams-and-safety/common-scams-and-crimes/charity-and-disaster-fraud ) , white collar crimes ( https://www.fbi.gov/investigate/white-collar-crime ) , and violent crimes ( https://www.fbi.gov/investigate/violent-crime ) . This report by Doctor Cesar Luis Baruja-Baquer exposes the crisis actors as well as this one from *GumShoeNews:* https://gumshoenews.com/open-letter-president-trump-concerning-jahar So too does this report from Doctor Lorraine Jeanette Day: https://goodnewsaboutgod.com/studies/political/newworld_order/boston_marathon.htm Yet more members of this criminal street gang ( https://www.justice.gov/archives/jm/criminal-resource-manual-1457-criminal-street-gangs-statute-18-usc-521 ) in Westfield, Massachusetts are Massachusetts Vanity License Plates of 1SAW51 on the Prospect Hill Rotary on or around the 3rd of August 2021 as well as SHALOM on that same date, 90453 at 90 Hawks Circle, SHALOM on Union Street in Westfield, Massachusetts, 1EVA19 at 90 Hawks Circle, and others like 3SRA79 for "Satanic Ritualistic Abusers" and 1SFM63 for "Snuff Film Makers" because 90 Hawks Circle supports kidnapping people and murdering them per Satanic/Freemasonic murder rituals for Parker & O'Grady for the Westfield Police< Barclay's Bank, and Easthampton Savings Bank. Refer to: CHAPTER 77—PEONAGE, SLAVERY, AND TRAFFICKING IN PERSONS https://uscode.house.gov/view.xhtml?path=/prelim@title18/part1/chapter77&edition=prelim This case can be cited against all 90 or so Westfield "Police" Officers who are involved in some variant of organized crime: Queens, NY Man Found Guilty in Kidnapping, Torture Plot Which Resulted in Death of Two Brothers in Schuylkill River in 2014 https://www.justice.gov/usao-edpa/pr/queens-ny-man-found-guilty-kidnapping-torture-plot-which-resulted-death-two-brothers Refer to: https://www.youtube.com/results?search_query=This+Prison+Executed+HUNDREDS+Of+Nazi+War+Criminals The same ought to happen to the City of Westfield, Massachusetts "Police" Officers who are accessories both before and after the fact to Tamerlan Tsarnaev's pre-meditated murder with apparently a bone saw.

Robert Mueller works at WilmerHale ( https://www.wilmerhale.com/en/people/robert-mueller ) and WilmerHale represents Staples ( https://www.wilmerhale.com/en/insights/news/2017-07-11-staples-inc-enters-into-definitive-agreement-to-be-acquired-by-sycamore-partners-for-10-25-per-share-in-cash-or-approximately-6-9-billion ) , Harvard University, and Monsanto as well as EG Group concerning its acquisition of Cumberland Farms (

https://www.wilmerhale.com/en/insights/news/20191104-wilmerhale-advises-cumberland-farms-in-acquisition-by-eg-group ) as allowed by Delotte, KPMG where Debra L. Murphy currently or formerly works, and TDR Capital as allowed by Skadden, Arps, Slate, Meagher, & Flom. WilmerHale should be criminally prosecuted for kidnapping with the intent to drug, extort money, and labor ( https://malegislature.gov/Laws/GeneralLaws/PartIV/TitleI/Chapter265/Section26 ) by means of the abuse of a psychiatric section 12 transport twice in January 2017; thrice in April 2020; once in September 2020; twice in May 2021; and once in December 2021. The Committee for Public Counsel Services ( https://www.publiccounsel.net/contact/ ) is headquartered at 75 Federal Street, 6th Floor Boston, MA 02110 and the landlord for that building is located at 500 Boylston Street in Boston, Massachusetts ( https://www.oxfordproperties.com/lease/office/500-boylston ) where Skadden, Arps, Slate, Meagher, & Flom ( https://www.skadden.com/locations/americas/boston ) is located. Victims of human trafficking like me, Jason Kapinos, are entitled to mandatory restitution. The City of Boston, Massachusetts is represented by Morgan, Brown, & Joy ( https://www.morganbrown.com/our-attorneys/ ) and Stoneman, Chandler, & Miller ( https://www.scmllp.com/attorneys ) .

Baystate Noble in January 2017; twice in April 2020; once in September 2020; once in May 2021; and once in December 2021 are harboring these criminals as well as Providence Behavioral Health Hospital in January 2017; Baystate Frankin in April 2020; Baystate Springfield in May 2021; and Holyoke Medical Center in December 2021. So too is Westfield Court Associates, LLC harboring these criminals as well as, of course, Behavioral Health Network.

I, Jason Kapinos, can inadvertently overhear a Staples at Customer talking about Japanese names. Philadelphia Indemnity Insurance, a Tokio Marine Company, was behind Tamerlan Tsarnaev's pre-meditated murder with apparently a bone saw, especially since Tokio Marine insures Behavioral Health Network while State Street with its $43 trillion in total or so of assets under custody and management as represented by Day Pitney is known to do business with Behavioral Health Network while Matthew Fontaine ( https://deathpenaltyinfo.org/stories/federal-laws-providing-death-penalty ) from the Springfield, Massachusetts FBI is represented by Day Pitney who represent State Street, Toronto Dominion Bank, Chase Bank, and Syncrhony Bank.

I, Jason Kapinos, object to the Class Action Settlement. Magistrate Byrnes is from Ross & Ross ( https://www.rossrosspc.com/contact/ ) and "Attorney" Richard Sypek ( https://www.sypeklaw.com/contact/ ) is from Ross & Ross and now Sypek Law while "Attorney" Richard Sypek works for Chick Fil-A. Westfield Court Associates, LLC allowed Tamerlan Tsarnaev to undergo a pre-meditated murder with apparently a bone saw in the year 2013. Tamerlan Tsarnaev as well as Jahar Tsarnaev were other patients at the Beth Israel Deaconess Medical Center, the same hospital that I, Jason Kapinos, would attend while the Beth Israel Deaconess Medical Center is represented by The Royal Law Firm who represent Google, L-3 Communications, Verizon, Westfield Fire and Paramedics, and other firms. Refer to: https://www.theroyallawfirm.com/our-clients

Covington & Burling represent Zoom, Linkedin, and the Central Intelligence Agency ( https://www.cia.gov/about/organization/general-counsel/ ) and here is the permanent Zoom Link for the Westfield District Court ( https://www.mass.gov/locations/westfield-district-court ): www.zoomgov.com/j/1614119620. Meeting ID: 161 441 9620. Refer to: CHAPTER 77—PEONAGE, SLAVERY, AND TRAFFICKING IN PERSONS

https://uscode.house.gov/view.xhtml?path=/prelim@title18/part1/chapter77&edition=prelim As of 4:50 pm EST on the 5th of December 2022 at Staples in Westfield, Massachusetts Lady Gaga's Yoü and I as released on August 23, 2011 is playing at STAPLES. Refer to: Section 13C: Disruption of court proceedings https://malegislature.gov/Laws/GeneralLaws/PartIV/TitleI/Chapter268/Section13C I, Jason Kapinos, suspect that Tamerlan Tsarnaev's pre-meditated murder was planned about 3 to 5 years prior to the year 2013 or even prior to that. Refer to: . "He was counseled by FBI for 3 to 5 years, they knew what he was doing…" https://thelead.blogs.cnn.com/2013/04/20/what-could-have-driven-the-boston-bombing-suspects/ As of the 5th of December 2022 around 5:05 pm EST, I can hear a woman on her cellphone's speakerphone saying that she needs to sign power of attorney paperwork ( https://eforms.com/power-of-attorney ) by the Copy and Printer Services section at Staples in Westfield, Massachusetts. I can also her talking on her speakerphone about medical and financial problems concerning SunLife ( https://www.sunlife.com/en/contact-us/ ) as founded in Montreal, Quebec as headquartered in Toronto, Ontario ( https://en.wikipedia.org/wiki/Sun_Life_Financial ) , but Staples as far as I can tell is not trying to have de facto healthcare or de facto financial power of attorney over her or her family. Refer to: Title III of The Omnibus Crime Control and Safe Streets Act of 1968 (Wiretap Act) https://bja.ojp.gov/program/it/privacy-civil-liberties/authorities/statutes/1284 Here is US Attorney Damien William's ( https://www.justice.gov/usao-sdny/meet-us-attorney ) opportunity to prove whether Cleary Gottlieb is or is not "God's Love" since Cleary Gottlieb represent Raytheon that was behind 9/11/2001. Refer to: https://www.ae911truth.org/evidence/videos That's also because Cleary Gottlieb represent CBS, VIACOM, Paramount, and National Amusements ( https://www.clearygottlieb.com/news-and-insights/news-listing/national-amusements-in-30-5-billion-merger-of-cbs-and-viacom ) that was behind "Pine Eleven" ( https://theglobalherald.com/entertainment/remembering-pine-eleven-the-attack-on-the-fox-news-christmas-tree ) against 39 Hawks Circle on the 20th of March 2022 at around 7:00 pm EST. Skadden, Arps, Slate, Meagher, & Flom represent FOX News, Bank of America, the white collar criminals behind "The One Fund", and Harvard University. Westfield "Police" as represented by Parker & O'Grady abused Cerberus Capital Management's Frontier Communications to carry out Tamerlan Tsarnaev's pre-meditated murder with apparently a bone saw.

WilmerHale for Monsanto, Robert Mueller, Harvard University, and EG Group concerning its acquisition of Cumberland Farms as allowed by Deloitte, KPMG, and TDR Capital should be criminally prosecuted for economic espionage: https://ucr.fbi.gov/investigate/counterintelligence/agricultural-economic-espionage-brochure#:~ I suspect that Staples in Westfield, Massachusetts is an economic espionage operation ( https://www.fbi.gov/about/faqs/what-is-economic-espionage ) for Robert Mueller at WilmerHale: https://www.wilmerhale.com/en/people/robert-mueller The Royal Law Firm ( https://www.theroyallawfirm.com/about/our-team ) should be criminally prosecuted for human trafficking and economic espionage. Lorettajo Kapinos ( https://deathpenaltyinfo.org/stories/federal-laws-providing-death-penalty ) , Steven C. Downs ( https://deathpenaltyinfo.org/stories/federal-laws-providing-death-penalty ) ; Hilary Marie Hayden-Moryl, CNP ( https://deathpenaltyinfo.org/stories/federal-laws-providing-death-penalty ) ; Niels Rathlev, MD ( https://deathpenaltyinfo.org/stories/federal-laws-providing-death-penalty ) ; Ansel Conan Zinter ( https://deathpenaltyinfo.org/stories/federal-laws-providing-death-penalty ) were behind Tamerlan Tsarnaev's pre-meditated murder with apparently a bone saw for Robert Mueller from WilmerHale.

I, Jason Kapinos, suspect that Eugene Makucha from the City of Springfield, Massachusetts Public Schools criminally trespassed into 97 Hawks Circle in the year 2003 and was a police informant for CIGNA ( https://www.cigna.com/about-us/company-profile/leadership-team/nicole-jones ) as represented as represented by Updike Kelly & Spellacy Law Firm and Bulkley, Richardson, & Gelinas and harbored ( https://www.justice.gov/archives/jm/criminal-resource-manual-1827-harboring-applicable-statutes ) by Sapirstein & Sapirstein ( https://sandslaw.com/contact.html ) and Goodwin Procter ( https://www.goodwinlaw.com/locations ) for Country Bank ( https://www.countrybank.com/customer-service/locations-atms/) that advertises on CNN as harbored by Cravath, Swaine, & Moore by Robin Gobielle from 59 Hawks Circle. I suspect that Tamerlan Tsarnaev underwent a pre-meditated murder with apparently a bone saw as part of this program: https://www.cpomagazine.com/data-privacy/cia-deep-dive-studies-demonstrate-mass-surveillance-say-senators-bulk-domestic-data-collection-conducted-for-years-without-oversight/ Updike Kelly & Spellacy Law Firm as well as Halloran & Sage and Brown Rudnick, LLP as harbored by Halloran & Sage through "Chief Justice Groce as in Grocery Store". Halloran & Sage represent Big Y, TARGET, and Price Chopper. Halloran & Sage was behind Tamerlan Tsarnaev's frame-up for terrorism.

Monsanto is headquartered in the State of Missouri ( https://corporateofficeheadquarters.org/monsanto/ ) . Western District of Missouri, Western Division, Case No. 4:21-md-03019-BCW is maintaining Monsanto as a public nuisance ( https://patrickgriffinlaw.com/criminal-defense/other-crimes/creating-or-maintaining-a-public-nuisance ) since Monsanto is guilty of genocide ( https://www.justice.gov/archives/jm/criminal-resource-manual-19-genocide-18-usc-1091 ) against persons with Celiac Disease, Crohn's Disease, and Autism as allowed by Bulkey, Richardson, & Gelinas who represent the City of Springfield, Massachusetts Public Schools. Monsanto is represented by Allen & Overy; Wachtell, Lipton, Rosen, & Katz; Bulkley, Richardson, & Gelinas; and others. In May 2021, Baystate Medical Center was asking whether I, Jason Kapinos, wanted Bulkley, Richardson, & Gelinas to take me, Jason Kapinos, on as a private client. This document is either being mailed from the City of Holyoke Mall as represented by Resnic, Beauregard, Waite and Driscoll in the City of Holyoke, Massachusetts as represented by Michael J Lukakis; Sullivan, Hayes & Quinn, LLC; and Brooks, Sanborn & Mulcahy, LLP. Or it will be mailed from the USPS location at Bradley International Airport in Windsor Locks, Connecticut. Or perhaps it will be mailed from the UPS Store at Staples in Westfield, Massachusetts or if there is a FedEx Store at Wal-Mart in Westfield, Massachusetts while Wal-Mart is represented by Day Pitney; Gibson Dunn; and Miller & Chevalier Chartered who intervened as a friend of the court in favor of Jahar Tsarnaev but Miller & Chevalier Chartered threw Jahar Tsarnaev's case.

The City of Holyoke Law Department is represented by Morrison & Mahoney while the City of Holyoke, Massachusetts harbors Bulkley, Richardson, & Gelinas who abuse Holyoke Gas & Electric to carry out pre-meditated murders like in the case of Tamerlan Tsarnaev's. As of the 5th of December 2022 at around 4:37 pm EST, Halsey's *Graveyard* is playing at Staples and Doctor Davis at Baystate Noble in September 2020 was asking whether I, Jason Kapinos, knew who Halsey was. Morrison & Mahoney represent the Department of Corrections for the State of Massachusetts as well as Bacon & Wilson who represent homes across Hawks Circle. DLA Piper was behind Tamerlan Tsarnaev's pre-meditated murder with apparently a bone saw for George Soros as represented by DLA Piper ( https://www.dlapiper.com/fr/africa/people/h/horton-scott/ ) while DLA Piper represents not only the Beth Israel Deaconess Medical Center (

https://www.dlapiper.com/en/us/people/h/howell-geoff/ ) but DLA Piper also represent Bank of America ( https://www.dlapiper.com/en/us/news/2012/05/dla-piper-represents-bank-of-america-merrill-lyn___/ ). Halsey's "Nightmare" is playing at Staples in Westfield, Massachusetts on the 5th of December 2022 at around 4:40 pm EST.

Egan, Flanagan, & Cohen for the Sheriff's Office for Hampden County allowed COVID-19 to leave the Wuhan Province in Fall/Winter 2019 as indicated by the Massachusetts Vanity License Plate of 5ZF999 at Starbucks as represented by Davis, Wright, & Tremaine in Westfield, Massachusetts.

> In a qui tam action, a relator [like Jason Kapinos] brings an action against a person or company on the government's behalf [concerning COVID-19 that was allowed to leave the Wuhan Provience in Fall/Winter 2019]. The government, not the relator, is considered the plaintiff. If the government succeeds, the relator [who happens to be Jason Kapinos] bringing the suit receives a share of the award [which would be about $3.3 trillion of the $10 trillion COVID-19 lawsuit for Jason Kapinos concerning President Trump's $10 trillion dollar COVID-19 lawsuit against the Country of China]. This is also called a popular action.

I, Jason Kapinos, wanted to file permissive counterclaims for COVID-19 in March 2020 for *Capital One Bank North America* versus *Jason Kapinos* with a Docket # of 2044CV000019 Capital One Bank (USA), N.A. v. Kapinos, Jason E. Also, refer to: 2144CV000007 Bank Of America, N.a. v. Kapinos, Jason as well as 2144CV000024 Bank Of America, N.a. v. Kapinos, Jason and 2144CV000025 Bank Of America, N.a. v. Kapinos, Jason before the Westfield District Court as owned by Westfield Court Associates, LLC.

Winston, Strawn, Smith, & Patterson were behind Tamerlan Tsarnaev's pre-meditated murder with apparently a bone saw for Bank of America, a private client of Winston, Strawn, Smith, & Patterson as well as Mirick & O'Connell and Doherty, Wallace, Pillsbury, & Murphy for both the City of Westfield, Massachusetts as well as Bank of America and Toronto Dominion Bank for Debra L. Murphy ( https://deathpenaltyinfo.org/stories/federal-laws-providing-death-penalty ) from KPMG and Berkshire Bank as represented by Egan, Flanagan, & Cohen who represent the Sheriff's Office for Hampden County ( http://hcsdma.org/contacts ) as harbored by Cooley Shriar and Doherty, Wallace, Pillsbury, & Murphy. Twice over the speakers at Staples, it sounds like they said, "Associate needed at the meat department." It sounded like they said "Meat" instead of Ink on purpose. The third time, it sounded like they said, "Ink" instead of meat. This is likely because Staples in Westfield, Massachusetts is privy to Tamerlan Tsarnaev's pre-meditated murder with apparently a bone saw. Moreover, at Staples in Westfield, Massachusetts, "Take My Breath Away" by *The Weekend* was playing over the speakers in consideration of Judge Jeanine Pirro ( https://deathpenaltyinfo.org/stories/federal-laws-providing-death-penalty ) and her being behind Tamerlan Tsarnaev's pre-meditated murder with apparently a bone saw. Refer to: Ex-judge sentenced to death in Texas revenge plot https://www.usatoday.com/story/news/nation/2014/12/17/texas-prosecutors-murder-sentence/20537451/ Also, refer to: https://www.africanews.com/2022/08/17/egyptian-judge-sentenced-to-death-for-killing-his-tv-presenter-wife// I, Jason Kapinos, protected Staples from "unnecessary risk and liability by carefully following policy and procedures". https://www.linkedin.com/in/kyle-murphy-156237167

The City of Westfield, Massachusetts is represented by The Royal Law Firm; Mirick & O'Connell; Doherty, Wallace, Pillsbury, & Murphy; Annino, Draper, & Moore; Parker & O'Grady; and others. Attorney Richard Sypek from Ross & Ross and now Sypek Law is harboring these criminals. Refer to: Lawyer sentenced to death for racist murders https://www.irishexaminer.com/world/arid-30012479.html *The Murphy Organized Crime Family* at 90 Hawks Circle burnt down 39 Hawks Circle for this cartel of lawyers - Cleary, Gottlieb, Steen & Hamilton; Cravath, Swaine & Moore; Paul, Weiss, Rifkind, Wharton & Garrison; Latham & Watkins, and Shearman & Sterling ( https://news.bloomberglaw.com/us-law-week/cbs-viacom-tap-stable-of-prestigious-law-firms-for-mega-merger ) - as well as this cartel of lawyers - Wachtell, Lipton, Rosen & Katz - this cartel of lawyers - Davis Wright Tremaine - and this cartel of lawyers - Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo – in addition to this cartel of lawyers: Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates. So too did *The Murphy Organized Crime Family* burn down 39 Hawks Circle on the 20th of March 2022 at around 7:00 pm EST for Crevier & Ryan; Cooley Shriar; and Halloran & Sage for 22 News WWLP; "Attorney" Kick Sullivan who left Crevier & Ryan for Lyon & Fitzpatrick who represent The Dowd Agencies that acquired The Wilcox Insurance Agency as represented by Anderson & Lee on the 1st of July 2021, the same day as *Bank of America* versus *Jason Kapinos* while on the 26th of May 2021, the same day as *Bank of America* versus *Jason Kapinos* before Westfield District Court "Judge" John P. McKenna, Cravath, Swaine, & Moore; Paul Weiss; and Latham & Watkins allowed Amazon to acquire MGM as Paul C. Picknelly has vested financial interests in MGM Springfield. Westfield Court Associates, LLC is owned by Paul C. Picknelly and represented by Bacon & Wilson with outside counsel of Morrison & Mahoney as Westfield Court Associates, LLC is also represented by Murphy & McCoubrey who represent Chicopee Savings Bank as acquired by Western New England Bancorp as represented by Bacon & Wilson and Hogan Lovells. Western New England Bancorp's larger if not largest institutional shareholder is Dimesnaional Funds out of Austin, Texas where Alex Jones of *Infowars.com* is located. Alex Jones is harbored by Cravath, Swaine, & Moore who represent CNN while CNN harbors Zolan-Kanno Youngs who framed Jahar Tsarnaev for terrorism.

US Attorney Damien Williams ( https://www.justice.gov/usao-sdny/meet-us-attorney ) for the Southern District of New York is harboring ( https://www.justice.gov/archives/jm/criminal-resource-manual-1827-harboring-applicable-statutes ) these criminals for Yale University ( https://ogc.yale.edu/ogc/office-general-counsel) as represented by Day Pitney and Harvard University ( https://ogc.harvard.edu/people ) as harbored ( https://www.justice.gov/archives/jm/criminal-resource-manual-1827-harboring-applicable-statutes ) by (#1) Skadden, Arps, Slate, Meagher, & Flom; (#2) Ropes & Gray; (#3) Murphy & Riley; (#4) Burns & Levenson, LLP; (#5) Gregg, Hunt, Ahern & Embry; (#6) Linda Crawford & Associates; (#7) Mccarthy Bouley Barry, P.C.; (#8) David A Barry.

Staples ( https://www.wilmerhale.com/en/insights/news/2017-07-11-staples-inc-enters-into-definitive-agreement-to-be-acquired-by-sycamore-partners-for-10-25-per-share-in-cash-or-approximately-6-9-billion ) is represented by WilmerHale ( https://www.wilmerhale.com/en/people/robert-mueller ) where Robert Mueller works. I, Jason Kapinos, should have already been successfully excluded from the Settlement. Refer to Exclusion ID#: 585013GW6MPFG. This exclusion letter was created on a Staples workstation in the City of Westfield, Massachusetts ( https://stores.staples.com/ma/westfield/273-b-east-main-st ) on the 5th of December 2022 and paid for with a Chase credit card while Chase Bank is represented by Bulkley, Richardson, & Gelinas ( https://bulkley.com/contact/ ) who represent Westfield Emergency Physicians ( https://www.baystatehealth.org/locations/emergency-medicine-westfield ) , Baystate Medical Center ( https://www.baystatehealth.org/about-us/leadership/leadership-team ) , The Bank of New York Mellon with about $43 trillion in assets under total custody and

management, Bank of America with about $4 trillion in total assets, Banco Santander with about $2 trillion in total assets, Monsanto, AIG and others.

All Class Counsel as well as all of Defendant's counsel should be criminally prosecuted for obstruction of justice ( https://www.justice.gov/archives/jm/criminal-resource-manual-1739-offenses-related-obstruction-justice-offenses ) concerning, for instance, Tamerlan Tsarnaev's pre-meditated murder with apparently a bone saw as can be seen here: Tamerlan, Captured Alive & Uninjured, Was Mortally Wounded in Custody, Then Delivered to Hospital, Claiming Mortal Injuires Were Due to Concocted SUV "Runover" & "Shootout" Fable  One can only surmise, based upon the photo, that the psychopaths [who happen to be Edward James Murphy and his criminal co-conspirators across Hawks Circle] who were responsible for murdering this man [Tamerlan Tsarnaev] while he was in their custody, may also have subjected him to a Satanic ritual in which his heart may have been removed from his chest. This is a well known element of Satanic human "sacrifice" rituals [as indicated by the Massachusetts Vanity License Plates of 3SRA79 for "Satanic Ritualistic Abusers" and "1SFM63" for "Snuff Film Makers" while Edward James Murphy drives with a Massachusetts Vanity License Plate of 90453, the Postal Code for Nuremberg, Germany and Kyle Murphy drives with 1EVA19 for "Eva Braun" as the Murphys allowed Tamerlan Tsarnaev to undergo a pre-meditated murder for Green, Miles, & Lipton, LLP who represent the International Brotherhood of Police Officers and Goodwin Procter who represent the National Fraternal Order of Police Officers as Matthew Fontaine from the Springfield, Massachusetts FBI is represented by Day Pitney who also represent State Street, Toronto Dominion Bank, Chase Bank, Synchrony Bank while Day Pitney represents Kellogg's, Quest Diagnostics, Yale University, Mercedes Benz, a detainee at Guantanamo Bay, and others] https://educate-yourself.org/cn/tszopjidbw02may13.shtml This case can be cited against all 90 or so City of Westfield, Massachusetts "Police" Officers as represented by Parker & O'Grady: Queens, NY Man Found Guilty in Kidnapping, Torture Plot Which Resulted in Death of Two Brothers in Schuylkill River in 2014  https://www.justice.gov/usao-edpa/pr/queens-ny-man-found-guilty-kidnapping-torture-plot-which-resulted-death-two-brothers

Zoom is represented by Covington & Burling while Covington & Burling also represent the Central Intelligence Agency ( https://www.cia.gov/about/organization/general-counsel/ ), LinkedIn, and Covington & Burling ( https://www.cov.com/en/professionals/h/eric-holder ) is where United States Attorney General Eric Holder works. Kyle Murphy from 90 Hawks Circle who left for 43 Darby Drive is involved in aggravated identity theft of my, Jason Kapinos', Verizon phone number as can be seen here: https://www.linkedin.com/in/kyle-murphy-156237167 Verizon (413-562-7351) is represented by Allen & Overy who also represent Monsanto and Deustche Bank as well as ARAG. Verizon is represented by The Royal Law Firm; Shatz, Schwartz and Fentin P.C; Gibson, Dunn, & Crutcher; Cleary Gottlieb Steen & Hamilton; Blanke & Rome who also represent torture doctors from Guantanamo Bay; Wachtell, Lipton, Rosen & Katz; Skadden, Arps, Slate, Meagher, & Flom; and Kirkland & Ellis. The Murphys allow vehicles of 3SRA79 for "Satanic Ritualistic Abusers" and 1SFM63 for "Snuff Film Makers" to ongoingly visit 90 Hawks Circle since Edward James Murphy ( https://deathpenaltyinfo.org/stories/federal-laws-providing-death-penalty ), Sean Murphy ( https://deathpenaltyinfo.org/stories/federal-laws-providing-death-penalty ), Debra L. Murphy ( https://deathpenaltyinfo.org/stories/federal-laws-providing-death-penalty ) from KPMG and Berkshire Bank as represented by Egan, Flanagan, & Cohen; and Kyle Murphy ( https://deathpenaltyinfo.org/stories/federal-laws-providing-death-penalty ) who left 90 Hawks Circle for 43 Darby Drive support kidnapping Tamerlan Tsarnaev and murdering Tamerlan Tsarnaev per a Freemasonic/Satanic murder ritual as can be seen here ( https://educate-yourself.org/cn/tszopjidbw02may13.shtml ) and harvesting his human organs for WilmerHale concerning, for example, EG Group's acquisition of Cumberland Farms as allowed by Deloitte,

KPMG, TDR Capital, WilmerHale ( https://www.wilmerhale.com/en/insights/news/20191104-wilmerhale-advises-cumberland-farms-in-acquisition-by-eg-group ) and others:

> Morgan Stanley, Goldman Sachs, Barclays, PwC and Rothschild & Co. are acting as financial advisors to EG. Allen & Overy LLP and Latham & Watkins LLP are acting as legal advisors to EG. RPS Gaiatech are advising the company on environmental risk management. BofA Merrill Lynch acted as financial advisor and WilmerHale LLP acted as legal advisor to Cumberland Farms on the transaction.

> Edward James Murphy's ( https://deathpenaltyinfo.org/stories/federal-laws-providing-death-penalty ) criminal co-conspirators across Hawks Circle are Robin Gobielle ( https://deathpenaltyinfo.org/stories/federal-laws-providing-death-penalty ) from 59 Hawks Circle as well as Steven C. Downs ( https://deathpenaltyinfo.org/stories/federal-laws-providing-death-penalty ) from 100 Hawks Circle in addition to Jeffrey P. McDonald ( https://deathpenaltyinfo.org/stories/federal-laws-providing-death-penalty ) from the Massachusetts State Police at 82 Hawks Circle and Jeffrey S. Cahill ( https://deathpenaltyinfo.org/stories/federal-laws-providing-death-penalty ) from the Northwestern District Attorney's Office at 97 Hawks Circle. There are yet more criminal co-conspirators across Hawks Circle. Refer to: 18 U.S. Code § 1343 - Fraud by wire, radio, or television https://www.law.cornell.edu/uscode/text/18/1343 Also, refer to: 940. 18 U.S.C. SECTION 1341—ELEMENTS OF MAIL FRAUD https://www.justice.gov/archives/jm/criminal-resource-manual-940-18-usc-section-1341-elements-mail-fraud

(#6) I, Jason Kapinos, intend to appear at the final hearing by Zoom *pro se*.

> Additionally, if you intend to speak at the Final Approval Hearing (whether pro se or through counsel), your written objection must include:

> A detailed description of any evidence you may offer at the Final Approval Hearing; and Copies of any exhibits you may introduce at the Final Approval Hearing.

At the final hearing, I intend to present a packet of evidence that I, Jason Kapinos, sent to The Vanguard Group ( https://corporate.vanguard.com/content/corporatesite/us/en/corp/contact-us.html ) in January 2017 while The Vanguard Group is represented by Ropes & Gray (https://www.ropesgray.com/en/Value-Based-Health-Care-Initiative/meet-our-team ) who represent Monsanto, Harvard University, and Baystate Medical Center ( https://www.baystatehealth.org/about-us/leadership/leadership-team ) . Providence Behavioral Health Hospital in Holyoke, Massachusetts as acquired by Miravesta Behavioral Health has a copy of this 176-page or so packet of evidence that I, Jason Kapinos, sent to The Vanguard Group in January 2017. Cooley Shriar allowed Providence Behavioral Health Hospital to be acquired by Miravesta Behavioral Health in February 2017. This real estate transaction ( https://nypost.com/2021/08/17/viacomcbs-sells-black-rock-headquarters-in-nyc-for-760m/ ) and this real estate transaction ( https://www.bloomberg.com/news/articles/2021-11-30/cbs-movie-lot-fetches-1-85-billion-as-hackman-adds-to-holdings ) were both abused to harbor Bibi Netanyahu during *Commonwealth of Massachusetts* versus *Jason Kapinos* before the Westfield District Court, that is to say, the case in which Mr. Shea from Morisi & O'Connell was my, Jason Kapinos', court appointed counsel. Refer to: https://www.thedailybeast.com/benjamin-netanyahus-ultra-luxurious-hawaii-vacation-is-a-total-legal-shitstorm Baystate Noble in January 2017; twice in April 2020; once in September 2020; once in May 2021; and once in December 2021 are harboring these criminals as well as Providence Behavioral Health Hospital in January 2017; Baystate Frankin in April 2020; Baystate Springfield in May 2021; and Holyoke Medical Center in December 2021. So too is Westfield Court Associates, LLC harboring these criminals as well as, of course, Behavioral Health Network.

Sincerely, *[signed]* Jason Kapinos  12/7/2022
Jason Kapinos
96 Hawks Circle
Westfield, Massachusetts 01085-1576
413-642-3587 (Comcast Landline)
413-562-7351 (Verizon Landline)

# Staples

Low prices. Every item. Every day.
Store No.:1217
273 B East Main St.
Westfield, MA 01085
413-564-8104

```
              262626 00 026 81496
Receipt #: 81496            12/05/2022 18:29
Rewards Number 2079339889
```

| Qty | Description | Amount |
|---|---|---|
| 227 | PC Rental Mins - 828483 | 79.45 |
| 1 | PC Rental Print Color - 828459 | 1.00 |
| 13 | PC Rental Print BW - 828475 | 6.50 |

```
       SubTotal                     86.95
       Taxes                         5.43
       Total                 USD $92.38
```

Visa #: ************5722 [S]
Swipe
Auth No.: 07786C

The Cardholder agrees to pay the Issuer of the charge card in accordance with the agreement between the Issuer and the Cardholder. Customer agrees to all final charges incurred for usage on this device including price per minute and any additional cost associated with printing.

Compare and Save
With Staples-brand products.
THANK YOU FOR SHOPPING AT STAPLES!

12171205228149626

*Mailed to A*

| NOTICE TO THE PARTIES | DOCKET NUMBER 2044RO000330 | Trial Court of Massachusetts District Court Department  |
|---|---|---|
| CASE NAME Edward J Murphy v. Jason E Kapinos | | |
| ATTORNEY (OR PRO SE PARTY) TO WHOM THIS COPY OF NOTICE IS ISSUED<br>File Copy | | COURT NAME & ADDRESS<br>Westfield District Court<br>224 Elm Street<br>Westfield, MA 01085 |

**TO THE PARTIES TO THIS CASE:**

The enclosed indicates the Court's action in this matter.

Please be advised that you are hereby required to attend all future hearings regarding this matter via zoom. Below is the zoom link.

www.zoomgov.com/j/1614119620
Meeting ID: 161 411 9620

| DATE ISSUED | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|
| December 2, 2022 | Nathan A Byrnes |

015

Mailed to A

| NOTICE TO THE PARTIES | DOCKET NUMBER 2244RO000140 | Trial Court of Massachusetts District Court Department |

CASE NAME: Robin Gobeille v. Jason E Kapinos

ATTORNEY (OR PRO SE PARTY) TO WHOM THIS COPY OF NOTICE IS ISSUED: File Copy

COURT NAME & ADDRESS:
Westfield District Court
224 Elm Street
Westfield, MA 01085

**TO THE PARTIES TO THIS CASE:**

The enclosed indicates the Court's action in this matter.

Please be advised that you are hereby required to attend all future hearings regarding this matter via zoom. Below is the zoom link.

www.zoomgov.com/j/1614119620
Meeting ID: 161 411 9620

DATE ISSUED: December 2, 2022
CLERK-MAGISTRATE/ASST. CLERK: Nathan A Byrnes

015  www.mass.gov/courts  Date/Time Printed: 12-02-2022 09:52:50

Mailed to ∆

| NOTICE TO THE PARTIES | DOCKET NUMBER<br>2244RO000457 | Trial Court of Massachusetts<br>District Court Department  |
|---|---|---|
| CASE NAME Steven C Downs v. Jason E Kapinos | | |
| ATTORNEY (OR PRO SE PARTY) TO WHOM THIS COPY OF NOTICE IS ISSUED<br>File Copy | | COURT NAME & ADDRESS<br>Westfield District Court<br>224 Elm Street<br>Westfield, MA 01085 |

**TO THE PARTIES TO THIS CASE:**

The enclosed indicates the Court's action in this matter.

Please be advised that you are hereby required to attend all future hearings regarding this matter via zoom. Below is the zoom link.

www.zoomgov.com/j/1614119620
Meeting ID: 161 411 9620

| DATE ISSUED | CLERK-MAGISTRATE/ASST. CLERK | | |
|---|---|---|---|
| December 2, 2022 | Nathan A Byrnes | | |
| 015 | www.mass.gov/courts | | Date/Time Printed: 12-02-2022 09:56:46 |

# Staples

Low price. Every item. Every day.
Store No: 0006
1129 Riverdale Street
West Springfield, MA, 01089
(413) 739-0026

26262600 026 95718

Receipt #: 95718　　　　　　　　　　　12/07/2022 16:03
Rewards Number 2079339889

| Qty | Description | Amount |
|---|---|---|
| 2 | Standard Copy - 2821512<br>( 1 @ $3.960 )<br>- Standard 28 lb. 8.5 x 11"<br>- Black & White | 7.92 |

SubTotal　　　　　　　　　　　　　　　　7.92
Standard Tax 6.25%　　　　　　　　　　　0.50
Total　　　　　　　　　　　　　　　USD $ 8.42

Visa #:************5722 [ S ]
Swipe
Auth No.: 05159C

The Cardholder agrees to pay the Issuer of the charges card is accordance with the agreement between the Issuer and the Cardholder.

Compare and Save
With Staples-brand products
THANK YOU FOR SHOPPING AT STAPLES!

---

# Print and ship for less.

### 40% off
**custom cards and invitations.**

Expires 12/17/22

**Coupon code: 23416**

Valid online at staples.com/services/printing or in Staples® U.S. stores. Excludes Daily Deals, Auto Restock orders and Instacart orders. While supplies last. Limit one coupon per customer, nontransferable. Excludes weddings staples.com. Limit 1. Discount taken off highest priced item. Offer is subject to change or cancellation at any time. Each item purchased can only be discounted by one coupon, applied by cashier. Coupon not valid if purchased or sold and must be surrendered. No cash/credit back. Not valid on prior purchases or purchases made with Staples Advantage In-store Purchase Program. Coupon value applied pre-tax. **Expires 12/17/22.**

Staples.

### 25% off
**UPS® express shipping services.**

Expires 12/31/22

**Coupon code: 20532**

Valid in Staples® U.S. stores only. Not valid on Instacart orders. Limit one coupon per customer, nontransferable. Offer is subject to change or cancellation at any time. Not valid on postage, stamps. Does not apply to ground shipping or additional services. Each item purchased can only be discounted by one coupon, applied by cashier in the order received. Coupon not valid if purchased or sold and must be surrendered. Not valid on prior purchases or purchases made with Staples® Procurement or Convenience Cards. No cash/credit back. Coupon value applied pre-tax. **Expires 12/31/22.**

Staples.

### $10 off
**signs, banners or posters when you spend $50 or more.**

Expires 12/31/22

**Coupon code: 21318**

Valid online at staples.com® or in Staples® U.S. stores. Excludes Daily Deals, Auto Restock orders and Instacart orders. Limit one coupon per customer, nontransferable. Offer is subject to change or cancellation at any time. Minimum purchase requirement must be met with purchases to which no other coupon or instant savings offer applies. Tax and shipping not included in calculating the minimum purchase. Each item purchased can only be discounted by one coupon, applied by cashier in the order received. Coupon not valid if purchased or sold and must be surrendered. Not valid on prior purchases or purchases made with Staples® Procurement or Convenience Cards. No cash/credit back. Coupon value applied pre-tax. **Expires 12/31/22.**

Staples.

HAM1255

Jason Ernest Kapinos
96 Hawks Circle
Westfield, Massachusetts 01085-1576
413-642-3587 (Comcast Landline)
413-562-7351 (Verizon Landline)

T-Mobile Data Breach Settlement
c/o Kroll Settlement Administration LLC
Attn: Exclusion
P.O. Box 225391
New York, NY 10150-5391

Sir or Madam at T-Mobile Data Breach Settlement

I, Jason Kapinos, want to be excluded from the T-Mobile Class Action Settlement. Per this website, ( https://www.t-mobilesettlement.com/home/faqs2/#q19 ) my statement must contain the following information:

> (#1) The name of this action (In re: T-Mobile Customer Data Security Breach Litigation, MDL No. 4:21-md-03019 (BCW));
> (#2) Your full name and current address;
> (#3) Your personal signature (lawyer's signature is not sufficient);
> (#4) A statement clearly indicating your intent to be excluded from the Settlement; and
> (#5) A statement that your request for exclusion applies only to you, the one Settlement Class Member whose personal signature appears on the request. (Requests seeking exclusion on behalf of more than one Settlement Class Member shall be deemed invalid by the Settlement Administrator.)

(#1) The name of this action is: *(In re: T-Mobile Customer Data Security Breach Litigation, MDL No. 4:21-md-03019 (BCW))*. (#2) My, Jason Kapinos', full name is Jason Ernest Kapinos and my, Jason Kapinos', current address is 96 Hawks Circle in the City of Westfield, Massachusetts 01085-1576 as represented by (A) Mirick & O'Connell; (B) Doherty, Wallace, Pillsbury, & Murphy; (C) The Royal Law Firm; (D) Annino, Draper, & Moore; and (E) Parker & O'Grady among others while the County of Hampden in the Commonwealth of Massachusetts is represented by (F) Egan, Flanagan, & Cohen as the (G) the Commonwealth of Massachusetts is represented by (G) Murphy & Riley. (#3) My, Jason Kapinos' personal signature can be found at the bottom of this letter underneath "Sincerely". (#4) This is my, Jason Kapinos', statement that I, Jason Kapinos indicate that I, Jason Kapinos, intend to be excluded from the Settlement. (#5) This is my, Jason Kapinos', statement that my exclusion applies to me, Jason Kapinos, only and to none of the purportedly 100 million other T-Mobile customers. ***Please advise whether any about this exclusion letter is incorrect, inappropriate, or whether I, Jason Kapinos, excluded anything, and I, Jason Kapinos, will resubmit.***

Sincerely,

*[signature]* 12/7/2022
Jason Kapinos
96 Hawks Circle
Westfield, Massachusetts 01085-1576
413-642-3587 (Comcast Landline)
413-562-7351 (Verizon Landline)

Jason Ernest Kapinos
96 Hawks Circle
Westfield, Massachusetts 01085-1576
413-642-3587 (Comcast Landline)
413-562-7351 (Verizon Landline)

T-Mobile Data Breach Settlement
c/o Kroll Settlement Administration LLC
Attn: Exclusion
P.O. Box 225391
New York, NY 10150-5391

Sir or Madam at T-Mobile Data Breach Settlement

I, Jason Kapinos, want to be excluded from the T-Mobile Class Action Settlement. Per this website, ( https://www.t-mobilesettlement.com/home/faqs2/#q19 ) my statement must contain the following information:

> (#1) The name of this action (In re: T-Mobile Customer Data Security Breach Litigation, MDL No. 4:21-md-03019 (BCW));
> (#2) Your full name and current address;
> (#3) Your personal signature (lawyer's signature is not sufficient);
> (#4) A statement clearly indicating your intent to be excluded from the Settlement; and
> (#5) A statement that your request for exclusion applies only to you, the one Settlement Class Member whose personal signature appears on the request. (Requests seeking exclusion on behalf of more than one Settlement Class Member shall be deemed invalid by the Settlement Administrator.)

(#1) The name of this action is: *(In re: T-Mobile Customer Data Security Breach Litigation, MDL No. 4:21-md-03019 (BCW)).* (#2) My, Jason Kapinos', full name is Jason Ernest Kapinos and my, Jason Kapinos', current address is 96 Hawks Circle in the City of Westfield, Massachusetts 01085-1576. (#3) My, Jason Kapinos' personal signature can be found at the bottom of this letter underneath "Sincerely". (#4) This is my, Jason Kapinos', statement that I, Jason Kapinos indicate that I, Jason Kapinos, intend to be excluded from the Settlement. (#5) This is my, Jason Kapinos', statement that my exclusion applies to me, Jason Kapinos, only and to none of the purportedly 100 million other T-Mobile customers. ***Please advise whether any about this exclusion letter is incorrect, inappropriate, or whether I, Jason Kapinos, excluded anything, and I, Jason Kapinos, will resubmit.***

Sincerely,

*[signature]* 12/7/2022
Jason Kapinos
96 Hawks Circle
Westfield, Massachusetts 01085-1576
413-642-3587 (Comcast Landline
413-562-7351 (Verizon Landline)