# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: T-MOBILE CUSTOMER DATA SECURITY BREACH LITIGATION | ) ) ) ) ) ) ) | MDL No. 3019<br><br>Master Case No. 4:21-md-03019-BCW |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs respectfully move the Court to certify the Settlement Class and the California Settlement Subclass under Rule 23(b)(3), find that the Settlement is fair, reasonable and adequate under Rule 23(e)(2), consider and overrule all objections to the Settlement, grant final approval of the Settlement, approve the requested attorneys' fees and expenses, and enter judgment. In support of this motion, Plaintiffs submit their Suggestions in Support of Motion for Final Approval of Class Action Settlement and exhibits thereto:

- **Exhibit 1**: Declaration of Class Counsel
- **Exhibit 2**: Declaration of Scott Fenwick of Kroll Settlement Administration
- **Exhibit 3**: Declaration of Jeanne C. Finegan of Kroll Settlement Administration
- **Exhibit 4**: Excerpts of the Deposition Transcript of Objector Cassie Hampe

Dated: January 10, 2023

*/s/ Norman E. Siegel*
Norman E. Siegel, MO #44378
STUEVE SIEGEL HANSON LLP
460 Nichols Rd., Ste. 200
Kansas City, MO 64112
siegel@stuevesiegel.com

Cari Campen Laufenberg (*pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
claufenberg@kellerrohrback.com

James J. Pizzirusso (*pro hac vice*)
HAUSFELD LLP
888 16th St. NW, Ste. 300
Washington, DC 20006
jpizzirusso@hausfeld.com

*Co-Lead Interim Class Counsel*