IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: T-MOBILE CUSTOMER DATA | ) | |
| SECURITY BREACH LITIGATION, | ) | MDL No. 3019 |
| | ) | |
| | ) | Master Case No. 4:21-MD-03019-BCW |
| ALL ACTIONS | ) | |

## **ORDER**

Before the Court is Plaintiff James Achermann's Motion to Appear Remotely for Final Approval Hearing. (Doc. #212). The Court, being duly advised of the premises, grants said motion.

This matter is scheduled for hearing on Plaintiffs' Motion for Final Approval of Class Action Settlement (Doc. #210) on Friday, January 20, 2023 at 10:00 a.m. C.S.T.

On January 12, 2023, James Achermann, individually, and on behalf of a class of similarly situated persons, filed the instant motion for counsel to appear remotely for the final approval hearing. (Doc. #212). Counsel seeks leave to appear remotely because counsel resides in California.

On January 13, 2023, Plaintiffs filed a motion opposing the request to appear remotely for the final approval hearing. (Doc. #213). Plaintiffs first argue counsel's California residence is an insufficient basis for counsel to appear remotely. Plaintiffs next argue that "Achermann objects to the Settlement on standing grounds, and appears likely to appeal if his objection is denied. Given that any such appeal would significantly delay payments to the Settlement Class, the Court and Parties should have the benefit of Achermann's arguments in person so that the best possible record may be presented to the Eighth Circuit." (Doc. #213). Plaintiffs thus argue the Court should deny the motion for counsel's remote appearance and require counsel to travel to Kansas City "if they wish to argue Achermann's objection." (Doc. #213).

1

The Court, having considered these arguments, as well as Achermann's reply brief, grants counsel for Achermann leave to appear remotely for the January 20, 2023 hearing. To the extent counsel would object to the proposed Settlement for the same reasons set forth in the motion to remand, *it is the Court's intent to issue an order resolving the pending motion to remand (Doc. #133) on the papers before the January 20, 2023 10:00 a.m. hearing.* Accordingly, it is hereby

ORDERED Plaintiff James Achermann's Motion to Appear Remotely for Final Approval Hearing (Doc. #212) is GRANTED. The Courtroom Deputy shall arrange counsel's remote participation.

IT IS SO ORDERED.

DATE: January 17, 2023 /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT