# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-2744
_____

In re: T-Mobile Customer Data Security Breach Litigation

------------------------------

Veera Daruwalla, Washington Western, 2:23-cv-01118; John G. Cooke, Washington Western, 2:21-cv-01324; Michael March, Washington Western, 2:21-cv-01118; Peter Luna, Washington Western, 2:21-cv-01324; Lavicicia Sturdivant, Washington Western, 2:21-cv-01118; Leotha Scott-Boone, Washington Western, 2:21-cv-01324; Stephanie Espanoza, Washington Western, 2:21-cv-01119; Jack Precour, Washington Western, 2:21-cv-01415; Alex Pygin, Washington Western, 2:21-cv-01119; William Captain Reed, Washington Western, 2:21-cv-01415; Stephen J. Vash, Georgia Northern, 1:21-cv-03384; Cesar Lopez, Washington Western, 2:21-cv-01415; Jonathan Morales, Washington Western, 2:21-cv-01119; Edmund Metzger, New York Eastern, 2:21-cv-04721; Thomasina Enoch, Washington Western, 2:21-cv-01415; Judith Weil, New York Eastern, 2:21-cv-04721; Marshall P. Jones, Jr., Washington Western, 2:21-cv-01415; Zorka Lipovic, New York Eastern, 2:21-cv-04721; Cornelia Clay Fulghum, Washington Western, 2:21-cv-01415; Maria Rapestkaya, New York Eastern, 2:21-cv-04721; Linda Song, Washington Western, 2:21-cv-01460; William Mabe, New York Eastern, 2:21-cv-04721; Rachel Gurley, Washington Western, 2:21-cv-01460; Marina Lipovic, New York Eastern, 2:21-cv-04721; Andrew Luna, Washington Western, 2:21-cv-01460; Dejan Dex Lipovic, New York Eastern, 2:21-cv-04721; Melani Gordon, Washington Western, 2:21-cv-01460; Aleksandar Lipovic, New York Eastern, 2:21-cv-04721; Leon Carp, Washington Western, 2:21-cv-01130; Daniela Lipovic, New York Eastern, 2:21-cv-04721; Crystal Lam, Washington Western, 2:21-cv-01137; Nikola Lipovic, New York Eastern, 2:21-cv-04721; Nina Phan, Washington Western, 2:21-cv-01137; Henry Thang, California Northern, 5:21-cv-06473; Deirdre C. Donovan, Washington Western, 2:21-cv-01138; James Achermann, California Northern, 3:21-08995; Beth Byrd, Washington Western, 2:21-cv-01138; Franklin Hughes, Washington Western, 2:21-cv-01139; Allan Speilman, Washington Western, 2:21-cv-01138; Ania Villalon, Washington Western, 2:21-cv-01148; Cory Barton, Texas Southern, 7:21-cv-00322; Randall Norris, Washington Western, 2:21-cv-01153; Mark Savick, New Jersey, 3:21-cv-16005; Misty Norris, Washington Western, 2:21-cv-01153; Hassan Sadrgilany, New Jersey, 3:21-cv-16155; Valerie Rogoff, Washington Western, 2:21-cv-01157; Deborah Dames, New Jersey, 3:21-cv-16155; Michael Harper, Washington Western, 2:21-cv-01169; Raymond Christie, New Jersey, 3:21-cv-16181; Sue Harper, Washington Western, 2:21-cv-01169; Ivette Delerme, New Jersey, 3:21-cv-16299; Melanie Jaquess, Washington Western, 2:21-cv-01169; Thomas Macnish, New Jersey, 3:21-CV-16299; Chuck Sallade, Washington Western, 2:21-cv-01169; Jose Palomino, New Jersey, 3:21-cv-16536; Michael Malone, Washington Western, 2:21-cv-01169; Jessica Tuck, New Jersey, 3:21-cv-16536; Timothy Akins, Washington Western, 2:21-cv-01179; Vagish Shanmukh, California Northern, 5:21-cv-07581; Tara Millhouse, Washington Western, 2:21-cv-01179; Brian Grady, Oklahoma Western, 5:21-cv-00838; Pamela Lane, Washington Western, 2:21-cv-01179; Michael Jones, Oklahoma Western, 5:21-cv-00838; Cedric Gay, Washington Western, 2:21-cv-01179; Alexis Lomax, Nevada, 2:21-cv-01764; Lori Williams, Washington Western, 2:21-cv-01179; Richard Wellman, Washington Western, 2:21-cv-01250; Bryan Morton, Washington Western, 2:21-cv-01179; Audreana Lauren Lang, California Northern, 5:21-cv-

06879; Sajan George, Washington Western, 2:21-cv-01179; Tiffany Bensen, New York Western, 6:21-cv-06628; Cynthia Halton, Washington Western, 2:21-cv-01179; Stuart Schupler, Washington Western, 2:21-cv-01161; Sean Jordan, Washington Western, 2:21-cv-01179; Naimatullah Nyazee, Missouri Eastern, 4:21-cv-01517; Terri Marble, Washington Western, 2:21-cv-01179; Tisha Soto; David H. Feinberg, California Central, 2:21-cv-07531; Mario Gordon, Washington Western, 2:21-cv-01460; Lisa M. Jackson, California Central, 2:21-cv-07531; Diego Quintanilla, Washington Western, 2:21-cv-01415; Lakisatha D. King, California Central, 2:21-cv-07531; Park Sutton; Daniel Simaan, Washington Western, 2:21-cv-01181; William Burt; Alexis Huerta, Washington Western, 2:21-cv-01183; Devon Avery, Washington Western, 2:21-cv-01189; Blondel Garner, Washington Western, 2:21-cv-01189; Brian Hayes, Washington Western, 2:21-cv-01189; Daniel Moon, Washington Western, 2:21-cv-01189; Timothy Ryan, Washington Western, 2:21-cv-01189; Sheila Hamilton-Bynum, Washington Western, 2:21-cv-01190; Daniel Strenfel, Washington Western, 2:21-cv-01208; Richard Halpern, Washington Western, 2:21-cv-01226; Mark Glinoga, Washington Western, 2:21-cv-01245; James Smith, Washington Western, 2:21-cv-01245; Jennifer Stephens, Washington Western, 2:21-cv-01245; Charles Popp, Washington Western, 2:21-cv-01245; Rudolph Winn, Washington Western, 2:21-cv-01245; Stephanie Miller, Washington Western, 2:21-cv-01245; Karla Williams, Washington Western, 2:21-cv-01245; Chris Jarvis, Washington Western, 2:21-cv-01245; Matthew Brackman, Washington Western, 2:21-cv-01277; Dinah Augustin, Washington Western, 2:21-cv-01321

Plaintiffs - Appellees

v.

T-Mobile US, Inc.; Does, 1 through 100, California Central, 2:21-cv-07531; T-Mobile USA, Inc.

Defendants

Cassie Hampe

Objector - Appellant

------------------------

No: 23-2798

------------------------

In re: T-Mobile Customer Data Security Breach Litigation

------------------------------

Veera Daruwalla, Washington Western, 2:23-cv-01118; Peter Luna, Washington Western, 2:21-cv-01324; Michael March, Washington Western, 2:21-cv-01118; Lavicicia Sturdivant, Washington Western, 2:21-cv-01118; Leotha Scott-Boone, Washington Western, 2:21-cv-01324; Jack Precour, Washington Western, 2:21-cv-01415; Stephanie Espanoza, Washington Western, 2:21-cv-01119; John G. Cooke, Washington Western, 2:21-cv-01324; Alex Pygin, Washington Western, 2:21-cv-01119; William Captain Reed, Washington Western, 2:21-cv-01415; Stephen J. Vash, Georgia Northern, 1:21-cv-03384; Cesar Lopez, Washington Western, 2:21-cv-01415; Jonathan Morales, Washington Western, 2:21-cv-01119; Edmund Metzger, New York Eastern, 2:21-cv-04721; Thomasina Enoch, Washington Western, 2:21-cv-01415; Judith Weil, New York Eastern, 2:21-cv-04721; Marshall P. Jones, Jr., Washington Western, 2:21-cv-01415; Zorka Lipovic, New York Eastern, 2:21-cv-04721; Cornelia Clay Fulghum, Washington Western, 2:21-

cv-01415; Maria Rapestkaya, New York Eastern, 2:21-cv-04721; Linda Song, Washington Western, 2:21-cv-01460; William Mabe, New York Eastern, 2:21-cv-04721; Rachel Gurley, Washington Western, 2:21-cv-01460; Marina Lipovic, New York Eastern, 2:21-cv-04721; Andrew Luna, Washington Western, 2:21-cv-01460; Dejan Dex Lipovic, New York Eastern, 2:21-cv-04721; Melani Gordon, Washington Western, 2:21-cv-01460; Aleksandar Lipovic, New York Eastern, 2:21-cv-04721; Leon Carp, Washington Western, 2:21-cv-01130; Daniela Lipovic, New York Eastern, 2:21-cv-04721; Crystal Lam, Washington Western, 2:21-cv-01137; Nina Phan, Washington Western, 2:21-cv-01137; Nikola Lipovic, New York Eastern, 2:21-cv-04721; Deirdre C. Donovan, Washington Western, 2:21-cv-01138; Henry Thang, California Northern, 5:21-cv-06473; Beth Byrd, Washington Western, 2:21-cv-01138; James Achermann, California Northern, 3:21-08995; Franklin Hughes, Washington Western, 2:21-cv-01139; Allan Speilman, Washington Western, 2:21-cv-01138; Ania Villalon, Washington Western, 2:21-cv-01148; Cory Barton, Texas Southern, 7:21-cv-00322; Mark Savick, New Jersey, 3:21-cv-16005; Randall Norris, Washington Western, 2:21-cv-01153; Misty Norris, Washington Western, 2:21-cv-01153; Hassan Sadrgilany, New Jersey, 3:21-cv-16155; Valerie Rogoff, Washington Western, 2:21-cv-01157; Deborah Dames, New Jersey, 3:21-cv-16155; Michael Harper, Washington Western, 2:21-cv-01169; Raymond Christie, New Jersey, 3:21-cv-16181; Sue Harper, Washington Western, 2:21-cv-01169; Ivette Delerme, New Jersey, 3:21-cv-16299; Melanie Jaquess, Washington Western, 2:21-cv-01169; Thomas Macnish, New Jersey, 3:21-CV-16299; Chuck Sallade, Washington Western, 2:21-cv-01169; Jose Palomino, New Jersey, 3:21-cv-16536; Michael Malone, Washington Western, 2:21-cv-01169; Jessica Tuck, New Jersey, 3:21-cv-16536; Timothy Akins, Washington Western, 2:21-cv-01179; Vagish Shanmukh, California Northern, 5:21-cv-07581; Tara Millhouse, Washington Western, 2:21-cv-01179; Brian Grady, Oklahoma Western, 5:21-cv-00838; Pamela Lane, Washington Western, 2:21-cv-01179; Michael Jones, Oklahoma Western, 5:21-cv-00838; Cedric Gay, Washington Western, 2:21-cv-01179; Alexis Lomax, Nevada, 2:21-cv-01764; Lori Williams, Washington Western, 2:21-cv-01179; Richard Wellman, Washington Western, 2:21-cv-01250; Bryan Morton, Washington Western, 2:21-cv-01179; Audreana Lauren Lang, California Northern, 5:21-cv-06879; Sajan George, Washington Western, 2:21-cv-01179; Tiffany Bensen, New York Western, 6:21-cv-06628; Cynthia Halton, Washington Western, 2:21-cv-01179; Stuart Schupler, Washington Western, 2:21-cv-01161; Sean Jordan, Washington Western, 2:21-cv-01179; Naimatullah Nyazee, Missouri Eastern, 4:21-cv-01517; Terri Marble, Washington Western, 2:21-cv-01179; Tisha Soto; David H. Feinberg, California Central, 2:21-cv-07531; Mario Gordon; Lisa M. Jackson, California Central, 2:21-cv-07531; Diego Quintanilla, Washington Western, 2:21-cv-01415; Lakisatha D. King, California Central, 2:21-cv-07531; Park Sutton; Daniel Simaan, Washington Western, 2:21-cv-01181; William Burt; Alexis Huerta, Washington Western, 2:21-cv-01183; Devon Avery, Washington Western, 2:21-cv-01189; Blondel Garner, Washington Western, 2:21-cv-01189; Brian Hayes, Washington Western, 2:21-cv-01189; Daniel Moon, Washington Western, 2:21-cv-01189; Timothy Ryan, Washington Western, 2:21-cv-01189; Sheila Hamilton-Bynum, Washington Western, 2:21-cv-01190; Daniel Strenfel, Washington Western, 2:21-cv-01208; Richard Halpern, Washington Western, 2:21-cv-01226; Mark Glinoga, Washington Western, 2:21-cv-01245; James Smith, Washington Western, 2:21-cv-01245; Jennifer Stephens, Washington Western, 2:21-cv-01245; Charles Popp, Washington Western, 2:21-cv-01245; Rudolph Winn, Washington Western, 2:21-cv-01245; Stephanie Miller, Washington Western, 2:21-cv-01245; Karla Williams, Washington Western, 2:21-cv-01245; Chris Jarvis, Washington Western, 2:21-cv-01245; Matthew Brackman, Washington Western, 2:21-cv-01277; Dinah Augustin, Washington Western, 2:21-cv-01321

Plaintiffs - Appellees

v.

T-Mobile US, Inc.; Does, 1 through 100, California Central, 2:21-cv-07531; T-Mobile USA, Inc.

Defendants

John Pentz, as representative to the Estate of Connie Pentz

Objector - Appellant

___

Appeals from U.S. District Court for the Western District of Missouri - Kansas City
(4:21-md-03019-BCW)

___

## JUDGMENT

Before COLLOTON, Chief Judge, ARNOLD, and GRUENDER, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in part, reversed in part, and remanded to the district court for proceedings consistent with the opinion of this court.

July 29, 2024

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
      /s/ Maureen W. Gornik