| | | |
|---|---|---|
| IN RE: T-MOBILE CUSTOMER DATA<br>SECURITY BREACH LITIGATION | )<br>)<br>)<br>)<br>)<br>) | MDL No. 3019<br><br>Master Case No. 4:21-md-03019-BCW |

## NOTICE OF CLASS COUNSEL'S NON-OPPOSITION TO THE PETITION FOR ADMISSION PRO HAC VICE OF CHRISTOPHER BANDAS AS COUNSEL FOR OBJECTOR CASSIE HAMPE

Objector Casse Hampe, by and through undersigned counsel, notifies the Court as follows:

1. On August 19, 2024, the undersigned filed a Petition for Admission Pro Hac Vice proposing the admission of attorney Christopher Bandas as additional counsel for Case Hampe in this action. Doc. 249.

2. Counsel for the Class do not object to the admission of Mr. Bandas pro hac vice as additional counsel for Ms. Hampe.

DATED: August 19, 2024

Respectfully submitted,

*/s/ Anthony E. LaCroix*
Anthony E. LaCroix MO No. 60793
LaCroix Law Firm, LLC
1600 Genessee, Suite 956
Kansas City, Missouri 64102
Telephone: (816) 399-4380
Fax: (816) 399-4380
Email: tony@lacroixlawkc.com

*Counsel for Cassie Hampe*

## Certificate of Service

The undersigned certifies that today he filed the foregoing document on ECF which will send electronic notification to all attorneys registered for ECF thus effectuating service.

DATED: August 19, 2024

                                                  _/s/ Anthony E. LaCroix_