# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2744

In re: T-Mobile Customer Data Security Breach Litigation

------------------------------

Veera Daruwalla, Washington Western, 2:23-cv-01118, et al.

Appellees

v.

T-Mobile US, Inc., et al.

Cassie Hampe

Appellant

No: 23-2798

In re: T-Mobile Customer Data Security Breach Litigation

------------------------------

Veera Daruwalla, Washington Western, 2:23-cv-01118, et al.

Appellees

v.

T-Mobile US, Inc., et al.

John Jacob Pentz, III, as representative to the Estate of Connie Pentz

Appellant

---

Appeals from U.S. District Court for the Western District of Missouri - Kansas City
(4:21-md-03019-BCW)

---

**MANDATE**

In accordance with the opinion and judgment of July 29, 2024, and the court's order dated August 23, 2024 in Appeal No. 23-2744, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 23, 2024

Acting Clerk, U.S. Court of Appeals, Eighth Circuit