IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: T-MOBILE CUSTOMER DATA SECURITY BREACH LITIGATION, | ) ) ) ) ) | MDL No. 3019 |
| ALL ACTIONS | | Master Case No. 4:21-MD-03019-BCW |

## ORDER REFERRING TO MAGISTRATE JUDGE FOR MEDIATION

This matter is referred to Chief Magistrate Judge Willie J. Epps, Jr. for purposes of mediation to occur the week of September 16-20, 2024, subject to Judge Epps' availability.

IT IS SO ORDERED.

DATED: September 13, 2024

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT