# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: T-MOBILE CUSTOMER DATA SECURITY BREACH LITIGATION, | ) ) ) ) ) | MDL No. 3019<br><br>Master Case No. 4:21-MD-03019-BCW |
| ALL ACTIONS | | |

## ORDER

On September 13, 2024, the Court held a telephone conference in this case after the Court of Appeals for the Eighth Circuit issued its mandate on August 23, 2024. On the Notice of Appeal filed by Objector Cassie Hampe, the Eighth Circuit reversed and remanded to this Court the "Order and Judgment Granting Final Approval of Class Action Settlement and Awarding Attorneys' Fees, Costs, Expenses, and Service Awards" to the extent the Order and Judgment granted Class Counsel's request for a fee award totaling $78.75 million. (Doc. #235 at 27-47).

On September 10, 2024, Plaintiffs filed an Amended Motion for Attorneys' Fees. (Doc. #253). During the telephone conference, counsel for Plaintiffs and objector Hampe represented they had met and conferred, and requested referral to a Magistrate Judge to see whether they could resolve Hampe's objections to the Plaintiffs' amended motion for attorneys' fees, and issues presented by Objector Hampe's anticipated motion for attorneys' fees.

Consistent with the telephone conference discussion, the Court referred the matter to Chief Magistrate Judge Epps for purposes of mediation on Hampe's objections to Plaintiffs' amended motion for fees and Plaintiffs' objections to Hampe's anticipated motion for fees. The Court otherwise establishes the following briefing schedule, and sets this matter for hearing on Plaintiffs' Amended Motion for Attorneys' Fees as follows. Accordingly, it is hereby

1

ORDERED Objector Hampe shall file any motion for attorneys' fees not later than **September 23, 2024**. Plaintiffs' opposition suggestions to the motion shall be filed by **October 4, 2024**. Any reply shall be filed by **October 11, 2024**. It is further

ORDERED opposition suggestions to Plaintiffs' Amended Motion for Attorneys' Fees (Doc. #253) shall be filed by **October 4, 2024**. Any reply shall be filed by **October 11, 2024**. It is further

ORDERED this case is set for motion hearing at the United States Courthouse in Kansas City, Missouri on **October 16, 2024 at 11:00 a.m.**

IT IS SO ORDERED.

DATED: <u>September 19, 2024</u>      <u>/s/ Brian C. Wimes</u>
                                      JUDGE BRIAN C. WIMES
                                      UNITED STATES DISTRICT COURT