# EXHIBIT 1

# CURRICULUM VITAE

**JAY A. DAUGHERTY**
**MEDIATOR**
**ARBITRATOR**

# JAY A. DAUGHERTY

4717 Grand Ave., Suite 830
Kansas City, Missouri 64112
(816) 931-6300
E-mail: jay@jaydaughertymediation.com
Website: JayDaughertyMediation.com

EDUCATION          **University of Nevada**, Reno, Nevada
                   *Masters in the Judiciary*, 1995
                   Thesis: *The Missouri Non-partisan Court Plan: Dinosaur on the Edge of Extinction or Survivor in a Changing Socio-Legal Environment*, 62 MO. L. REV. 315 (1997)

                   **University of Missouri**, Kansas City, Missouri
                   *Juris Doctor*, 1981

                   **University of Missouri**, Columbia, Missouri
                   *Bachelor of Science in Public Administration*, 1978

WORK HISTORY       **Jay Daugherty Mediation and Arbitration**, Kansas City, Missouri
                   *Owner*, 2011-present. Principal of ADR practice concentrated in Mediation and Arbitration with ten (10) ADR professionals and 11 conference rooms. Conducted over 3,500 mediations from 2011 to the present locally and nationally. Over 500 Zoom mediations conducted. Tried more than 25 arbitrations through hearing and reasoned award. Member of the American Arbitration Association. JDM recently opened new mediation and arbitration offices in Springfield, Missouri.

                   **Best Lawyers in America**, Mediation and Arbitration, 2012 – to the present.

                   **Mediator of the Year 2017, 2019, 2021 in Kansas City as awarded by Best Lawyers in America. Arbitrator of the Year in Kansas City as awarded by Best Lawyers in America 2023.**

                   **Distinguished Fellow, International Academy of Mediators.**

                   **Mediations conducted.** Over 3,500 mediations locally and nationally with settlement values ranging from $2,500 to $1.5 billion. Mass torts involving automotive, airplanes, medical devices, and many other products, a large range of class actions, general product liability, insurance, personal injury, professional negligence, intellectual property, and many other areas of the law. Judge Daugherty has conducted mediations in nearly every major market in the United States.

**16th Judicial Circuit**, Jackson County, Missouri
*Circuit Judge*, 1991-2011, Appointed by Governor John Ashcroft
*Presiding Judge*, 2003 and 2004

RETENTION HISTORY:
- Retained in Office 1992, 1998, 2004 and 2010.
- MoBar Attorney Survey Results
    - 1992: 89.1 %
    - 1998: 92.8 %
    - 2004: 92.8 %
    - 2010: 99.2 % (juror) and 94 % (attorneys)

ADMINISTRATIVE AND MANAGEMENT POSITIONS:
- Presiding Judge of the 16th Judicial Circuit:
    Nominated and selected by the judges of the 16th Circuit in 2002 to serve as the chief administrative judge/CEO of Missouri's largest trial court, managing and leading 900 employees; working cooperatively with law enforcement and prosecutors; preparing, defending and implementing a $65 million budget; working on a daily basis with the media including serving as the primary spokesperson for the Court, meeting with editorial boards and making radio and TV appearances; dealing with employee issues; coordinating capital projects for three courthouses and twenty-two separate court buildings; and dealing with the day-to-day issues that face a large metropolitan court.

- Chief Administrative Judge of the Family Court:
    This two-year assignment involved administering the Family Court of Jackson County and managing a nearly $20 million budget; supervising 10 judges and commissioners; managing 400+ employees and 300+ juveniles who were in the physical custody of the court.

- Administrative Judge of the Criminal Division

CIVIL LITIGATION:
Nearly 150 civil jury trials and thousands of judge-tried cases in every major area of civil litigation including complex commercial, employment discrimination, environmental litigation, products liability, construction, medical and legal malpractice, FELA, class action, wrongful death, contract and other personal injury causes of action.

CRIMINAL LITIGATION:
Over 175 felony criminal jury trials including capital murder/death penalty cases, first and second-degree murder, rape, sodomy, kidnapping, arson, robbery, weapons charges, assault and drugs.

DOMESTIC AND JUVENILE LITIGATION:
Hundreds of domestic and juvenile judge-tried cases involving divorce, child custody, termination of parental rights, abuse and neglect, juvenile delinquency and certification of juveniles to stand trial in adult criminal court.

**Division of Workers' Compensation**, Kansas City, Missouri
*Administrative Law Judge*, 1984-1991
- Appointed by Governor Christopher Bond.
- Conducted trials involving medical/legal issues in nearly 150 workers' compensation cases.

**Office of the Attorney General**, Jefferson City, Missouri
*Assistant Attorney General*, 1981-1984
- Engaged in a trial practice position representing the State of Missouri in federal civil litigation and state criminal cases.
- Counsel to Lincoln University, the Missouri Dental Board and Missouri Department of Revenue.
- Briefed and argued dozens of cases in the Missouri Supreme Court and Court of Appeals on criminal and tax matters.

**COMMITTEE POSITIONS AND TRAINING**

**Supreme Court Commission on Alternative Dispute Resolution**
Chair, 2009-present
- This statewide ten-member commission is charged with analyzing the state of ADR in Missouri while considering revisions to Missouri's mediation and arbitration statutes and rules. The Commission submitted a Report with recommendations to the Supreme Court in July of 2011.

**Alternative Dispute Resolution Training**
- Conducted numerous CLE courses 2014 to the present largely involving Mediation and Arbitration through the KCMBA, Johnson County Bar and other legal organizations.
- Western District of Missouri, Instructor, Mediation and Assessment CLE, 2013.
- MODL, Strategies for Successful Mediation, CLE, 2013.
- American Arbitration Association, New Arbitrator Training, three-day course, 2011.
- Arbitration Training Institute, the American Bar Association, Section of Dispute Resolution (three-day comprehensive arbitration training course), 2010.
- Advanced Mediation Training, the University of Missouri Dispute Resolution Center (three-day comprehensive mediation training course), 2009.
- Certified in Missouri as a Rule 17 Mediator, 2010.
- Advanced Mediation Training by Robert D. Benjamin (three-day advanced mediation training course), sponsored by the Kansas City Metropolitan Bar Association, 2006.

**Supreme Court Committee on Alternative Dispute Resolution**
Chair, 1996-2002
- This committee wrote and helped implement Missouri's current ADR rule.

**Supreme Court, Chief Justice Advisory Council**
Member, 2005-2008

**Circuit Court Budget and Audit Committee**
Chair, 2001-2002; Member, 1997- 2010

**Circuit Court Committee on Docketing**
Chair, 1999 - 2010

**KCMBA Juvenile Law Committee**
Chair, 1997-1999

**Supreme Court Case Management Committee**
Member, 1999-2005

**Supreme Court Electronic Courts Committee**
Member, 1996-1997

**Circuit Court Executive Management Committee**
Member, 1997-1998, 2001-2008

### PRESENTATIONS AND SPEECHES

**Kansas City Metropolitan Bar Association**, Moderator and Lecturer, Update on Mediation and Arbitration, 2011, 2012, 2013, 2016, 2018, 2019, 2020, 2021, 2022.

**KCMBA Bench and Bar Conference,** Moderator and Lecturer, "A New Rule 17", 2011

**University of Missouri at Kansas City School of Law,**
Lecturer, for Constitutional Law and Famous Trials courses, 2004, 2006 - 2008

**The Summit of the States on Dispute Resolution**, Lexington, Kentucky
Ambassador, June 2000
- Delegate and presenter for the State of Missouri.

**The Association of Defense Trial Attorneys**, Tucson, Arizona
Speaker, April 2000

**Missouri Judicial College**
Lecturer, 1994, 1996, 1997, 2000, 2008, 2014, 2015
- Presented various 1-2-hour courses in Alternative Dispute Resolution, Ethics, Judicial Settlement Techniques, and Case Management.

**Missouri Judicial College, New Judge Orientation**
Lecturer, 1995, 2000, 2004
- Lectured on Alternative Dispute Resolution and Judicial Settlement Techniques.

**Kansas City Metropolitan Bar Association, the Bench/Bar Conference and the Mo Bar**
Lecturer, on topics of Mediation, ADR and Trial Techniques nearly every year for the last 15 years at various conferences and CLE programs on these topics.

**Summit of the States on the Family Court**, Philadelphia, Pennsylvania
Delegate for the State of Missouri, 1998

**Missouri Division of Workers' Compensation Administrative Law Judges on ADR and Settlement Techniques,** Lecturer, 1998

## AWARDS AND ACTIVITIES

**Mediator of the Year, Best Lawyers in America,** Kansas City 2017, 2019, 2021. Arbitrator of the Year, Best Lawyers in America, Kansas City, 2023.

**Distinguished Fellow, the International Academy of Mediators,** 2014 to the present.

**ALS Association, National Board of Trustees**, Washington, D.C.,
Chairman of the National Board of Trustees, 2009 – 2013;
Vice-Chair, 2003-2004;
Member of the Board, 1995-2013

**Member, City of Kansas City Task Force on Pension Reform,**
Kansas City, 2011

**ALS Association, Keith Worthington Chapter**, Kansas City
President, 1994-1996; Member, Board of Directors, 1985-present

**Hallbrook Country Club**, Leawood, Kansas
Member, 1994 - present
Member of the Board of Directors, 2000 – 2006

Vice-President of the Board, 2005-2006
Chair, Golf Committee
Chair, Membership Committee
Chair, Strategic and Long-Range Planning Committee
Men's Club Champion, Golf, 2003, 2014
Men's Senior Club Champion, 2014, 2017,2018, 2020

**Boy Scouts of America, Troop 601,** Kansas City
Chairman of the Board, 2003-2005

**Kentucky Colonel,**
Appointed by Kentucky Governor Paul E. Patton, 2000

**George Brett Baseball Hall of Fame Induction Celebration**,
Chair, 1999
A $2m series of fundraising events across the Kansas City metro to honor George Brett for his induction and raise funds for ALS

**Missouri Bar**
Member

**UMKC Law Foundation**
Member

**Country Club Christian Church**
Member

**FAMILY**       **Married**
On September 21, 1985, to Lyn E. Goertemiller. Lyn Daugherty was employed with Merck Pharmaceuticals and its predecessor companies for over 40 years. Two children, Dr. Evan Daugherty, M.D. Currently a Gastroenterology Fellow at Creighton University. Dr. Elizabeth Daugherty, D.M.D. As a veterinarian currently pursuing a small animal Surgery Specialty in St. Louis.