IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: T-MOBILE CUSTOMER DATA | ) | |
| SECURITY BREACH LITIGATION, | ) | MDL No. 3019 |
| | ) | |
| | ) | Master Case No. 4:21-MD-03019-BCW |
| ALL ACTIONS | ) | |

**ORDER**

This matter comes before the Court on Plaintiffs' Unopposed Motion to Appoint Claims Referee. (Doc. #260). The Court, being duly advised of the premises, grants said motion.

On July 22, 2022, Plaintiffs filed their Motion for Preliminary Approval of Class Action Settlement. (Doc. #158). In support of that motion and in conjunction with the Settlement, Plaintiffs filed the Proposed Consumer Benefits Plan. (Doc. #158-2). Paragraph 11(b) of the Consumer Benefits Plan provides:

> If a Settlement Class Member disputes a determination in writing . . . and requests an appeal, Class Counsel shall propose that the Court appoint a claims referee to be paid from the Net Settlement Fund. The Settlement Administrator shall provide the claims referee a copy of the Settlement Class Member's dispute and Claim Form along with all documentation or other information submitted by the Settlement Class Member. The claims referee's approval or denial of the Settlement Class Member's claim, in whole or part, will be final.

On June 29, 2023, the Court issued a final approval order and judgment approving the Class Action Settlement, which included the Consumer Benefits Plan. (Doc. #235).

Class Counsel have selected Judge Jay Daugherty as the proposed Claims Referee. The Court is aware of Judge Daugherty's credentials and experience and finds him qualified to serve as Claims Referee in this matter.

The Claims Referee shall be compensated at the rate of $565 per hour, with his staff and associates billed at their regular rates. The Claims Referee shall maintain records of the time and

1

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: T-MOBILE CUSTOMER DATA | ) | |
| SECURITY BREACH LITIGATION, | ) | MDL No. 3019 |
| | ) | |
| | ) | Master Case No. 4:21-MD-03019-BCW |
| ALL ACTIONS | ) | |

**ORDER**

This matter comes before the Court on Plaintiffs' Unopposed Motion to Appoint Claims Referee. (Doc. #260). The Court, being duly advised of the premises, grants said motion.

On July 22, 2022, Plaintiffs filed their Motion for Preliminary Approval of Class Action Settlement. (Doc. #158). In support of that motion and in conjunction with the Settlement, Plaintiffs filed the Proposed Consumer Benefits Plan. (Doc. #158-2). Paragraph 11(b) of the Consumer Benefits Plan provides:

> If a Settlement Class Member disputes a determination in writing . . . and requests an appeal, Class Counsel shall propose that the Court appoint a claims referee to be paid from the Net Settlement Fund. The Settlement Administrator shall provide the claims referee a copy of the Settlement Class Member's dispute and Claim Form along with all documentation or other information submitted by the Settlement Class Member. The claims referee's approval or denial of the Settlement Class Member's claim, in whole or part, will be final.

On June 29, 2023, the Court issued a final approval order and judgment approving the Class Action Settlement, which included the Consumer Benefits Plan. (Doc. #235).

Class Counsel have selected Judge Jay Daugherty as the proposed Claims Referee. The Court is aware of Judge Daugherty's credentials and experience and finds him qualified to serve as Claims Referee in this matter.

The Claims Referee shall be compensated at the rate of $565 per hour, with his staff and associates billed at their regular rates. The Claims Referee shall maintain records of the time and

1

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: T-MOBILE CUSTOMER DATA | ) | |
| SECURITY BREACH LITIGATION, | ) | MDL No. 3019 |
| | ) | |
| | ) | Master Case No. 4:21-MD-03019-BCW |
| ALL ACTIONS | ) | |

**ORDER**

This matter comes before the Court on Plaintiffs' Unopposed Motion to Appoint Claims Referee. (Doc. #260). The Court, being duly advised of the premises, grants said motion.

On July 22, 2022, Plaintiffs filed their Motion for Preliminary Approval of Class Action Settlement. (Doc. #158). In support of that motion and in conjunction with the Settlement, Plaintiffs filed the Proposed Consumer Benefits Plan. (Doc. #158-2). Paragraph 11(b) of the Consumer Benefits Plan provides:

> If a Settlement Class Member disputes a determination in writing . . . and requests an appeal, Class Counsel shall propose that the Court appoint a claims referee to be paid from the Net Settlement Fund. The Settlement Administrator shall provide the claims referee a copy of the Settlement Class Member's dispute and Claim Form along with all documentation or other information submitted by the Settlement Class Member. The claims referee's approval or denial of the Settlement Class Member's claim, in whole or part, will be final.

On June 29, 2023, the Court issued a final approval order and judgment approving the Class Action Settlement, which included the Consumer Benefits Plan. (Doc. #235).

Class Counsel have selected Judge Jay Daugherty as the proposed Claims Referee. The Court is aware of Judge Daugherty's credentials and experience and finds him qualified to serve as Claims Referee in this matter.

The Claims Referee shall be compensated at the rate of $565 per hour, with his staff and associates billed at their regular rates. The Claims Referee shall maintain records of the time and

1

expenses spent on this matter. After review by Class Counsel, invoices for fees and expenses from the Claims Referee shall be paid from the Net Settlement Fund.

The Claims Referee shall proceed with all reasonable diligence in performing the duties set forth herein. This appointment shall last from the date of this order until the Claims Referee's duties are complete. Accordingly, it is hereby

ORDERED the Motion to Appoint Claims Referee is GRANTED. It is further

ORDERED Judge Jay Daugherty is appointed to serve as Claims Referee on the terms stated herein.

IT IS SO ORDERED.

Dated: November 14, 2024 /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT