12/26/2024

TO: Court Clerk

  This letter is in regards to case no. 4:21-MD-03019-BCW and the requirements set by Kroll Associates LLC, settlement administrators, for those damaged by the T-Mobile breach to receive funds from the settlement. I received the following message from Kroll:

***"This is an important notice regarding Court-approved benefits in the T-Mobile Data Breach Settlement – please carefully review the information below and retain for your records."***

**To enroll in Identity Defense Complete, visit app.identitydefense.com/enrollment/activate/tmob, and enter activation code TMBA-6PTE-9XV6-2KHF.**

**At the end of the enrollment process the following was required:**

**To continue setting up your membership, you must agree to the following service authorization:**

By clicking the button below, **I accept and agree to the Identity Defense's Terms Of Service and acknowledge receipt of our Privacy Policy. I authorize Intersections, LLC, also referred to as Pango, to obtain my credit report and/or credit scores, on a recurring basis to provide my credit report (and/or credit score). I also authorize Intersections, LLC to monitor my credit file for changes while my membership is active.**

  I am a potential recipient of settlement funds in the above case number against T-Mobile. I believe this is a gross invasion of my privacy and an unnecessary requirement as well as beyond Kroll's authority to require. How dare they slip this sneaky requirement to authorize **"Intersections, LLC, also referred to as Pango"** to access and monitor my credit report?

  The case against T-Mobile is fundamentally about a loss of privacy and subsequent injury that may have occurred due to their culpability in facilitating the breach of their subscriber's personal data. I find it incredible that Kroll lawyers assigned as administrators of the settlement require potential recipients to authorize an unknown private company complete and indefinite access and monitoring of my credit report. <u>Only a fool would authorize such a blatant attempt to compromise my privacy in an even worse way than the T-Mobile data breach ever could.</u>

  I am writing this to find out if I am correct about Kroll over stepping their authority by making access and monitor of my credit reports in perpetuity a requirement for me to receive settlement funds and to get the court to correct them in what appears to be legal over-reach and at least unethical, if not *illegal conduct that could result in serious breach of my privacy.* This requirement appears to be a scam *to obtain credit reports of millions of settlement recipients.*

Contacting Kroll on this matter was a waste of time as they claim ignorance about the requirement.

  Thank you for your help.

*Wm Rodriguez*
WILLIAM RODRIGUEZ
511 NW Alameda St
Dallas Or. 97338
503 623-2159
Events@indy99.net

PS: I was asked to provide this written letter by an individual who called me from the court clerk's office after I contacted them through their website.

Wm Rodriguez
511 NW Alameda St
Dallas, OR 97338

PORTLAND OR RPDC 972
4 JAN 2025 PM 2 L

SCREENED BY
U.S. MARSHALS

RECEIVED
2025 JAN 13 PM 1:05
CLERK U.S. DIST. COURT
WEST DIST. OF MO
KANSAS CITY, MO

CHARLES EVANS WHITTAKER
US COURTHOUSE
ATTN: COURT CLERK
400 EAST 9th ST.
KANSAS CITY, Missouri
64106

64106-260799

21-md-3019-BCW

oz