# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: T-MOBILE CUSTOMER DATA SECURITY BREACH LITIGATION | ) ) ) ) ) ) | MDL No. 3019<br><br>Master Case No. 4:21-md-03019-BCW |

## PLAINTIFFS' NOTICE OF RESPONSE TO LETTER FROM WILLIAM RODRIGUEZ

On December 26, 2024, William Rodriguez sent a letter to the Court raising concerns about an email he had recently received from the Settlement Administrator, Kroll Settlement Administration LLC. The letter was filed on the docket on January 13, 2025. Doc. 262. On January 15, 2025, Co-Lead Counsel spoke with Mr. Rodriguez and clarified that the email was sent to prompt him to enroll in Identity Defense Complete, the identity protection services provided as one of the benefits of the Settlement, in which he had previously indicated he wished to participate. Counsel explained that, in order to provide the identity protection and credit monitoring services, it was necessary that he grant the entity providing these services, Pango (a/k/a Intersections, LLC), permission to obtain his credit report and/or credit score on a recurring basis through the duration of the services. *See* Ex. A, Declaration of Gerald Thompson In Support Of Plaintiffs' Response Letter From William Rodriguez submitted herewith. Mr. Rodriguez informed Co-Lead Counsel that this information resolved his concerns.

Dated: January 17, 2025

Respectfully Submitted,

*/s/ Norman E. Siegel*
Norman E. Siegel, MO #44378
**STUEVE SIEGEL HANSON LLP**
460 Nichols Rd., Ste. 200
Kansas City, MO 64112
siegel@stuevesiegel.com

Cari Campen Laufenberg (*pro hac vice*)
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
claufenberg@kellerrohrback.com

James J. Pizzirusso (*pro hac vice*)
**HAUSFELD LLP**
888 16th St. NW, Ste. 300
Washington, DC 20006
jpizzirusso@hausfeld.com

*Settlement Class Counsel*