Kevin Whitted
1531 NW 16th Avenue Apt 407
Miami FL 33125

MIAMI FL 330
13 MAR 2025 PM 1 L

SCREENED BY

U.S. MARSH

The Honorable U.S. Judge Brian Wimes
Charles Evans Whittake U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

RECEIVED
2025 MAR 17 AM 12:11
CLERK U.S. DIST. COURT
WEST DIST. OF MO
KANSAS CITY, MO